ACCEPTED
15-24-00052-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 12:59 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00052-CV

IN THE FIFTEENTH DISTRICT COURT OF APPEALS (AUSTIN)

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 12:59:11 PM
CHRISTOPHER A. PRINE
Clerk

Richard M. YOUNG, Jr. a/k/a Richard Young,
*Appellant*

*vs.*

TEXAS PARKS & WILDLIFE DEPARTMENT, et al.,
*Appellees.*

## APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION TO FILE REPLY BRIEF

Appellant Richard M. Young a/k/a Richard Young ("Young") has a Reply Brief due to this Court on January 27, 2025. Due to conflicts arising from appellate briefing deadlines, oral argument settings, and in-person hearings in district/administrative courts,[1] the undersigned needs more time to prepare a Reply Brief responsive to the Brief filed by Appellees. Thus, Young respectfully requests this Court grant him a 20-day

---

[1] No. 23-50840 (Fifth Circuit Court of Appeals); Nos. 24-4003 & 24-4007 (Fifth Circuit Court of Appeals); No. 24-1030 (Supreme Court of Texas); No. 20-1543-F425 (Williamson County, Texas); No. 2024-E013737 (Texas Parks & Wildlife Commission Quarterly Meeting).

1

extension to file his Reply Brief, which would make Young's Reply Brief due on February 17, 2025. Appellees are unopposed to this Motion.

Respectfully submitted,

Kimberly S. Keller
KELLER STOLARCZYK PLLC
215 W. Bandera Road
No. 114-PMB 800
Boerne, Texas 78006
Tele: 830.981.5000
/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
Email: kim@kellsto.com

**APPELLANT'S COUNSEL**

## <u>CERTIFICATE OF CONFERENCE & SERVICE</u>

On January 17, 2025, I conferred with Ian Lancaster, opposing counsel, who advised Appellees are opposed to this Motion; further, on this same date, this Motion was served on those listed below through this Court's e-filing service:

***Counsel for Appellees:***

KEN PAXTON, Attorney General of Texas; BRENT WEBSTER, First Asst. Attorney General; JAMES LLOYD, Deputy Attorney General for Civil Litigation; KELLIE E. BILLINGS-RAY, Chief, Environmental Protection Division, OFFICE OF THE ATTORNEY GENERAL, Environmental Protection Division, P.O. Box 12548, MC066, Austin, Texas 78711-2548

2

IAN LANCASTER, Asst. Attorney General, Email: ian.lancaster@oag.texas.gov

H. CARL MYERS, Asst. Attorney General, Email: carl.myers@oag.texas.gov

HEATHER COFFEE, Asst. Attorney General, Email: heather.coffee@oag.texas.gov

*Counsel for Texas Animal Health Commission:*

KAREN L. WATKINS, Asst. Attorney General, Administrative Law Division, Office of the Attorney General, P.O. Box 12548, Austin, Texas 78711, Email: karen.watkins@oag.texas.gov

/s/Kimberly S. Keller
Kimberly S. Keller

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kimberly Keller on behalf of Kimberly Keller
Bar No. 24014182
kim@kellsto.com
Envelope ID: 96357477
Filing Code Description: Motion
Filing Description: Appellant's Unopposed First Extension to File Reply Brief
Status as of 1/17/2025 1:25 PM CST

Associated Case Party: State Of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 1/17/2025 12:59:11 PM | SENT |
| Ian Lancaster | | ian.lancaster@oag.texas.gov | 1/17/2025 12:59:11 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 1/17/2025 12:59:11 PM | SENT |
| H. CarlMyers | | Carl.Myers@oag.texas.gov | 1/17/2025 12:59:11 PM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 1/17/2025 12:59:11 PM | SENT |
| Heather Coffee | | heather.coffee@oag.texas.gov | 1/17/2025 12:59:11 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen LWatkins | | karen.watkins@oag.texas.gov | 1/17/2025 12:59:11 PM | SENT |
| C DixonMosty | | cdmosty@mostylaw.com | 1/17/2025 12:59:11 PM | SENT |
| Richard Mosty | | rmosty@mostylaw.com | 1/17/2025 12:59:11 PM | SENT |
| Jennifer SRiggs | | jriggs@r-alaw.com | 1/17/2025 12:59:11 PM | SENT |
| Kimberly SKeller | | kim@kellsto.com | 1/17/2025 12:59:11 PM | SENT |
| Clayton CUtkov | | cutkov@andrewsmyers.com | 1/17/2025 12:59:11 PM | SENT |